COPY

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| AO-10 Rev. 1/2004 | | |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) NIELSEN, WILLIAM F | 2. Court or Organization USDC, ED OF WA | 3. Date of Report 5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magis rate judges indicate full- or part-time) JUDGE, SENIOR | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address POST OFFICE BOX 2208 SPOKANE, WASHINGTON 99210-2208 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Spokane YMCA Endowment Committee |
| 2. Trustee | Museum of Arts and Culture |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 18 10 38 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging. food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Margin Account | L |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   WFN SP RMP | | | | | | | | | |
| 2.   Advanced Micro Devices | | None | J | T | | | — | | |
| 3.   Albertsons | A | Dividend | J | T | | | | | |
| 4.   Amer Express Com | A | Dividend | J | T | | | | | |
| 5.   Amerisource Bergen | A | Dividend | J | T | Bot | 1/6 | J | | |
| 6.   Applebees | A | Dividend | K | T | | | | | |
| 7.   Atmel Corp. | | None | J | T | | | | | |
| 8.   Auto Data Proc. Com | A | Dividend | L | T | | | | | |
| 9.   Banner Corp. | A | Dividend | K | T | Bot | 3/31 | K | | |
| 10.   Berkshire Hath | | None | M | T | | | | | |
| 11.   Biovail Corp. | | None | K | T | Bot | 3/31 | K | | |
| 12.   Cardinal Health | A | Dividend | K | T | | | | | |
| 13.   Cash | A | Interest | J | T | | | | | |
| 14.   Coca Cola | A | Dividend | K | T | | | | | |
| 15.   Com 21 Inc | | None | J | T | | | | | |
| 16.   First Data | | None | K | T | | | | | Previously Concord EFS |
| 17.   Flextronics | | None | K | T | | | | | |
| 18.   Global Crossing | | None | K | T | Bot | 3/31 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Helen of Troy | | None | K | T | Bot | 1/6 | K | | |
| 20. Home Depot | A | Dividend | K | T | | | | | |
| 21. Intel Com | A | Dividend | L | T | | | – | | |
| 22. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 23. Kroger Co | A | Dividend | K | T | Sold | 1/6 | K | E | |
| 24. LSI Logic | | None | K | T | | | | | |
| 25. MGIC Int Corp. | A | Dividend | K | T | | | | | |
| 26. Motorola | A | Dividend | K | T | | | | | |
| 27. St. Joe Co. | A | Dividend | J | T | | | | | |
| 28. Safeway | A | Dividend | J | T | | | | | |
| 29. Sealed Air Corp. | | None | K | T | | | | | |
| 30. Stryker Corp. | A | Dividend | K | T | Bot | 12/27 | K | | |
| 31. Symbol Tech | A | Dividend | J | T | | | | | |
| 32. Tyco Int | A | Dividend | J | T | Sold | 3/31 | J | | |
| 33. Unum Provident | A | Dividend | K | T | Sold | 12/21 | K | B | |
| 34. UTStarcom Inc. | | None | J | T | Bot | 12/27 | J | | |
| 35. Wash Mutual Inc | A | Dividend | K | T | Sold | 8/18 | K | | |
| 36. XCEL Energy | A | Dividend | J | T | Sold | 11/25 | J | | Overlooked-- sold in '03 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = S1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-S15,000 | E = S15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = S15,001-$50,000 | L = S50,001-$100,000 | M = S100,001-S250,000 | |
| | N = S250,000-$500,000 | O = S500,001-$1,000,000 | P1 = $1,000,001-S5,000,000 | P2 = S5,000,001-S25,000,000 | |
| | P3 = S25,000,001-S50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | NIELSEN, WILLIAM F | | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. WFN SP | | | | | | | | | |
| 38. Inland N.W. Venture Fund | | None | J | U | | | | | |
| 39. NW Venture Assc Fund | | None | K | U | | | — | | |
| 40. West Coast Equity Fund | A | Dividend | K | T | | | | | Previously NW 50 Fund--Name |
| 41. | | | | | | | | | |
| 42. WFN SP83 | | | | | | | | | |
| 43. Aber-Fitch | | None | J | T | | | | | |
| 44. AFLAC | A | Dividend | J | T | | | | | |
| 45. Agilent | | None | J | T | Sold | 2/17 | J | | |
| 46. Allied Cap | A | Dividend | J | T | | | | | |
| 47. Amer Exp Co | A | Dividend | K | T | | | | | |
| 48. Amgen | | None | K | T | | | | | |
| 49. AOL Time Warner | | None | J | T | Sold | 7/6 | J | | |
| 50. Baxter Intl | A | Dividend | L | T | | | | | |
| 51. Bed-Bath-B | | None | J | T | | | | | |
| 52. Berk Hathwy Com | | None | L | T | | | | | |
| 53. Bristol Meyero Squibb | B | Dividend | K | T | | | | | |
| 54. Cardinal Health | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less          B  = $1,001-$2,500          C  = $2,501-$5,000          D  = $5,001-$15,000          E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000      G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:     J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes     Q  = Appraisal          R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash/Market
   (See Column C2)   U  = Book Value          V  = Other          W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Carnival Corp | A | Dividend | L | T | | | | | |
| 56. Cisco | | None | J | T | | | | | |
| 57. Coca Cola | A | Dividend | K | T | | | | | |
| 58. Colgate Com | B | Dividend | L | T | | | | | |
| 59. Disney Com | A | Dividend | K | T | | | | | |
| 60. Eurodisney Com | | None | J | T | Sold | 8/10 | J | | |
| 61. Freddie Mac | A | Dividend | J | T | | | | | |
| 62. Gillette Co. Com. | A | Dividend | K | T | | | | | |
| 63. Helen of Troy | | None | K | T | | | | | |
| 64. Home Depot | A | Dividend | L | T | | | | | |
| 65. Intel Corp | A | Dividend | K | T | | | | | |
| 66. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 67. Macrovision | | None | J | T | Sold | 7/6 | J | | |
| 68. McDonalds Corp | A | Dividend | K | T | | | | | |
| 69. Medtronic | A | Dividend | K | T | | | | | |
| 70. Merrill Lynch Com | A | Dividend | L | T | | | | | |
| 71. Microsoft Corp | A | Dividend | J | T | | | | | |
| 72. NW Bancorp | | None | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. NY Comm Bank | A | Dividend | J | T | | | | | |
| 74. Oracle Corp. | | None | J | T | | | | | |
| 75. Pfizer | A | Dividend | L | T | | | – | – | |
| 76. Safeway | A | Dividend | J | T | | | | | |
| 77. Stanley Works | A | Dividend | K | T | | | | | |
| 78. S.W. Airlines Com | A | Dividend | K | T | | | | | |
| 79. Target | A | Dividend | K | T | | | | | |
| 80. Timberland | | None | K | T | Bot | 7/18 | K | | Overlooked-- Bot in '03 |
| 81. Walgreen Co. | A | Dividend | K | T | | | | | |
| 82. Wash Mutual | A | Dividend | J | T | Sold | 7/6 | J | A | |
| 83. Waters Corp. | | None | J | T | | | | | |
| 84. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 85. | | | | | | | | | |
| 86. WFN SPDRSEA | | | | | | | | | |
| 87. Amer Intl Grp | A | Dividend | K | T | | | | | |
| 88. Cash | A | Interest | J | T | | | | | |
| 89. Chevron Corp. | A | Dividend | K | T | | | | | |
| 90. Darden Restaurants | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Freescale Semiconductor | | None | J | T | | 7/4 | J | | Motorola Spinoff |
| 92. Gillette Com | A | Dividend | K | T | | | | | |
| 93. Guidant | | None | J | T | Sold | 5/23 | J | A | Overlooked– Sold in '03 |
| 94. Hain Celestial Grp | | None | K | T | | | | | |
| 95. Heinz Com | A | Dividend | J | T | | | | | |
| 96. Home Depot | A | Dividend | J | T | | | | | |
| 97. Motorola | A | Dividend | J | T | | | | | |
| 98. Oracle Corp Com | | None | K | T | | | | | |
| 99. Safeway | | None | J | T | | | | | |
| 100. Schering P Com | A | Dividend | K | T | | | | | |
| 101. Wash Mutual | A | Dividend | J | T | | | | | |
| 102. | | | | | | | | | |
| 103. MSN SP RMP CASH ACCT | | | | | | | | | |
| 104. American Exp | A | Dividend | J | T | | | | | |
| 105. Amgen | | None | J | T | | | | | |
| 106. Berkshire Hath | | None | K | T | | | | | |
| 107. Cardinal Health | A | Dividend | J | T | | | | | |
| 108. Citi Group | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 7 of 8

Name of Person Reporting
NIELSEN, WILLIAM F

Date of Report
5/13/2005

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Costco | | None | J | T | | | | | |
| 110. Flextronics | | None | J | T | Sold | 12/12 | J | | |
| 111. Home Depot | A | Dividend | J | T | | | — | | |
| 112. Intel Corp. | A | Dividend | J | T | | | | | |
| 113. Lear Corp. | A | Dividend | J | T | Bot | 9/16 | J | | |
| 114. LSI Logic | | None | J | T | Bot | 9/16 | J | | |
| 115. Medco | | None | J | T | Sold | 9/16 | J | | |
| 116. Medtronic | A | Dividend | J | T | | | | | |
| 117. Microsoft | | None | J | T | | | | | |
| 118. Pfizer | A | Dividend | K | T | | | | | |
| 119. Safeway | | None | J | T | Sold | 1/7 | J | | |
| 120. Southwest Airlines | A | Dividend | J | T | | | | | |
| 121. Sysco Corp. | A | Dividend | J | T | Bot | 9/16 | J | | |
| 122. Target | A | Dividend | J | T | | | | | |
| 123. Wash Mut | A | Dividend | K | T | Sold | 9/16 | J | | |
| 124. Wells Fargo | A | Dividend | J | T | | | | | |
| 125. | | | | | | | | | |
| 126. Amer Cent Intl Growth Fund | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. MFS Large CAP GR Fund A | A | Dividend | J | T | | | | | |
| 128. ML Annuity Ret Plus 27 | A | Dividend | L | T | | | | | |
| 129. West Coast Eq. Fund | A | Dividend | K | T | | | – | –.. | |
| 130. | | | | | | | | | |
| 131. MSN SPIRA RMP 139 | • | | | | | | | | |
| 132. Bristol Meyer Squib | A | Dividend | J | T | | | | | |
| 133. Hain Celestial | | None | J | T | | | | | |
| 134. Lear | A | Dividend | K | T | | | | | |
| 135. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 136. Sealed Air | | None | J | T | | | | | |
| 137. Solectron | | None | J | T | | | | | |
| 138. Unum Provident | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NIELSEN, WILLIAM F | 5/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature            Date 5/13/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544